AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
JAN 23 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:26 MJ 4018 |
| Anthony Michael Wojciechowski | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Anthony Michael Wojciechowski,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1470: Transfer of obscene material to minors below the age of 16
18 U.S.C. § 2251(a): Sexual Exploitation of a Child
18 U.S.C. § 2252(a)(2): Receipt of visual depictions of real minors engaged in sexually explict conduct
18 U.S.C. § 2252A(a)(5)(B): Possession of child pornography

Date: 01-21-2026

*Issuing officer's signature*

City and state:   Cleveland, Ohio

Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/21/26, and the person was arrested on *(date)* 1/21/26
at *(city and state)*   Cleveland, Ohio.

Date: 1/21/26

*Arresting officer's signature*

Special Agent Lane DeBellis
*Printed name and title*